IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 22 AND NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION NEBRASKA CHAPTER HEALTH AND WELFARE PLAN,  IBEW LOCAL 22/NECA PENSION PLAN A,  IBEW LOCAL 22/NECA DEFINED CONTRIBUTION PLAN B,  OMAHA BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 22 VACATION-HOLIDAY TRUST FUND,  OMAHA ELECTRICAL JOINT TRAINING AND APPRENTICESHIP TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, JULIE FAST, in her representative capacity as a fiduciary of the Plaintiff Funds, <br><br>    Plaintiffs, <br><br> vs. <br><br>MORRISSEY ELECTRIC COMPANY, INC. d/b/a STARKS ELECTRIC,  BOSS ELECTRIC, L.L.C., <br><br>    Defendants. | CASE NO. 8:11CV152 <br><br><br><br><br><br>ORDER AND <br>FINAL JUDGMENT |

This matter is before the Court on the parties' joint Stipulation of Dismissal Without Prejudice (Filing No. 68).  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  The Court will not assess costs or attorney's fees in this case.

Accordingly,

IT IS ORDERED:

1.  The parties' joint Stipulation of Dismissal Without Prejudice (Filing No. 68) is approved;

2. This action is dismissed without prejudice; and

3. The Court will not assess costs or attorney's fees in this case.


Dated this 7th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp<br>
Chief United States District Judge